# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERIC SCOTT BOOKER**
**ADC #145262**                                                                                    **PLAINTIFF**

**VS.**                                              **4:18-CV-00229-BRW**

**WARREN POLICE**
**DEPARTMENT,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 10th day of October, 2018.

                                               /s/ Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE